# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeanne Yobs, et al.,
(Joan Esterces)

Plaintiffs,

v.

Wyeth d/b/a Wyeth, Inc., et al.,

Defendants.

Civil No. 06-3120 (ADM/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. The Motion to Withdraw as Counsel is **DENIED WITHOUT PREJUDICE**; and

3. This case is transferred to the United States District Court for the Eastern District of New York as to Plaintiff Joan Esterces.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 23, 2014        s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Judge